# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:21-MC-00232-FDW-DSC

| | |
|---|---|
| AILERON INVESTMENT LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| AMERICAN LENDING CENTER LLC, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on "Plaintiff's Motion to Transfer the Defendant's Combined Motion [document #1] to the Forum Court for Resolution" (document #17) and "Motion to Transfer Nonparty Justin Blackhall's Combined Motion [document #7] to the Forum Court for Resolution" (document #20), as well as the parties' briefs and exhibits.

The Court has carefully considered the record, the authorities and the parties' arguments. The underlying action has been pending in the Middle District of Florida since January 2021. This Court concludes that the relief sought by Defendant and Blackhall's Motions to Quash will impact that court's management of the underlying litigation and may impact evidentiary rulings. For those and the other reasons set forth in Plaintiff's briefs, the Motions to Transfer (documents ##17 and 20) are granted.

The Clerk is directed to transfer this matter to the United States District Court for the Middle District of Florida.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: February 15, 2022

David S. Cayer
United States Magistrate Judge